NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-7082

JAMES D. SIMS,

Claimant-Appellant,

v.

ERIC K. SHINSEKI
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-0335, Judge Mary J. Schoenlen.

ON MOTION

Before DYK, Circuit Judge.

## O R D E R

James D. Sims moves for a 45-day extension of time, until March 16, 2009, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. No further extensions should be anticipated.

(2) The caption is revised to reflect the new Secretary of Veterans Affairs.

FOR THE COURT

FEB 24 2009
_____
Date

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Hillary A. Stern, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 24 2009

JAN HORBALY
CLERK